

1  PHILLIP A. TALBERT
   United States Attorney
2  JEREMY J. KELLEY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10  IN THE MATTER OF THE SEARCH OF:          CASE NO.  2:16-SW-0061-CKD

11  6375 RUSTIC HILLS DRIVE, ROCKLIN, CA     [PROPOSED] ORDER TO UNSEAL SEARCH
    95677.                                   WARRANT MATERIALS
12

13

14       Upon application of the United States of America and good cause having been shown,

15       IT IS HEREBY ORDERED that the court clerk unseal this matter and associated search warrant

16  materials filed therein.

17

18  DATED:  12-19-17

19                                           _____
                                             Hon. Deborah L. Barnes
20                                           United States Magistrate Judge

21

22

23

24

25

26

27

28

    [PROPOSED] ORDER TO UNSEAL REDACTED SEARCH          1
    WARRANT MATERIALS